**In re: Ossie R. TRADER, Petitioner.**

**No. 11–1026.**

United States Court of Appeals,
Third Circuit.

Submitted Pursuant to Rule 21,
Fed. R.App. P. Jan. 13, 2011.

Opinion filed: Jan. 20, 2011.

Ossie R. Trader, Atlanta, GA, pro se.

Karen L. Grigsby, Esq., Office of United States Attorney, Philadelphia, PA, for United States of America.

Before: SLOVITER, JORDAN and GREENAWAY, JR., Circuit Judges.

OPINION

PER CURIAM.

Ossie Trader has filed a petition for a writ of mandamus. He seeks an order directing the District Court to remove the docket entry terminating his motion to dismiss the indictment based on the

---

Speedy Trial Act. We have repeatedly explained to Trader that he waived his speedy trial claim by pleading guilty. *See In re: Trader*, C.A. No. 09–1522. If Trader continues to file frivolous pleadings or appeals, he will face sanctions. *See In re Oliver*, 682 F.2d 443 (3d Cir.1982).

For the above reasons, we will deny the petition for mandamus.